IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JANIE LOUISE INGRAM                                                                                   PLAINTIFF

v.                                              Case No. 4:16-cv-4071

NANCY A. BERRYHILL
Commissioner, Social Security Administration                                                 DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation (ECF No. 10) filed May 15, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**, this 2nd day of June, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge